## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **23 Mj. 6782**                                Date **10/27/2023**

USAO No. **2016R00846**

The Government respectfully requests the Court to dismiss without prejudice the

☑ Complaint            ☐ Removal Proceedings in

*United States v.* **Tamer Mohamed**

The Complaint/Rule 40 Affidavit was filed on **4/11/2022**

☑ *U.S. Marshals please withdraw warrant*

                                                    **JULIANA MURRAY**  Digitally signed by JULIANA MURRAY
                                                                         Date: 2023.10.27 09:27:25 -04'00'
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    (handwritten or digital signature)

                                                    (print name if signature handwritten)

**SO ORDERED:**

DATE: **10/27/2023**

                                                    *[signature: Katharine H. Parker]*

                                                    **KATHARINE H. PARKER**
                                                    UNITED STATES MAGISTRATE JUDGE

                                                    **10/27/2023**